No. 26-20086

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

*David Katzman, et al.,*

*Appellants*

v.

*SmileDirectClub, Inc., et al.*

*Appellees.*

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, NO. 4:25-cv-01771
Hon. Lee H. Rosenthal

# APPELLANTS' JOINT UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO APPELLEE'S MOTION TO DISMISS

Brett Ingerman
Dale K. Cathell
DLA PIPER LLP (US)
650 S. Exeter Street, Suite 1100
Baltimore, Maryland 21202
(410) 580-3000

W. Benjamin Winger
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
(312) 368-4000

Ben C. Fabens-Lassen
DLA PIPER LLP (US)
2000 Avenue of the Stars, Ste 400
Los Angeles, California 90067
(310) 595-3000

*Counsel for Appellant
Cluster Holdco, LLC*

Michael D. Meuti
BENESCH, FRIEDLANDER,
COPLAN, & ARONOFF, LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
(216) 363 4500

Michael B. Silverstein
BENESCH, FRIEDLANDER,
COPLAN, & ARONOFF, LLP
41 South High Street, Suite 2600
Columbus, Ohio 43215
(614) 223 9300

*Counsel for Appellants David
Katzman, Steven Katzman, Susan
Greenspon Rammelt, Kyle Wailes,
Richard Schnall, and Camelot
Venture Group*

Pursuant to Federal Rules of Appellate Procedure 26(b), 27 and Fifth Circuit Rule 27.1.1, Appellants David Katzman, Steven Katzman, Susan Greenspon Rammelt, Kyle Wailes, Richard Schnall, Camelot Venture Group, and Cluster Holdco, LLC, by and through their undersigned counsel, respectfully request that the Court grant them a 14-day extension—from Monday, March 16, 2026 to Monday, March 30, 2026—to respond to Appellee Allison D. Byman's Motion to Dismiss.

The grounds for the motion are as follows:

1. This appeal arises from Appellants' appeal of a bankruptcy court order permitting Appellee to retain Orrick, Herrington, & Sutcliffe LLP as special counsel under 11 U.S.C. § 327(e). The District Court ruled on January 20, 2026 that it did not have jurisdiction to hear Appellants' bankruptcy appeal and dismissed the appeal for lack of jurisdiction. [*See* Dist. Ct. Dkt. No. 40.]

2. Appellants timely filed Notices of Appeal on February 18, 2026, appealing the District Court's Memorandum Opinion and Order regarding its jurisdiction.

1

3. On March 6, 2026, Appellee filed a Motion to Dismiss this appeal, arguing that this Court lacks jurisdiction because the District Court correctly decided it lacked jurisdiction. [ECF No. 23 at 1–2.]

4. Under Federal Rule of Appellate Procedure 27(a)(3)(A), Appellants currently have until March 16, 2026 to file their opposition to Appellee's motion.

5. Appellants have not previously sought an extension of time to respond to Appellee's Motion to Dismiss.

6. There is good cause for the requested extension. The basis for Appellee's Motion to Dismiss significantly overlaps with the central threshold question that Appellants have appealed: whether the District Court had jurisdiction to hear Appellants' bankruptcy appeal. Therefore, Appellants require additional time to draft a substantive response brief addressing the dispositive issue that lies at the core of this appeal.

7. Additionally, the attorney's primarily responsible for handling this matter have competing professional obligations and deadlines that necessitate additional time to prepare the opposition. These obligations include multiple depositions this week and an appeal

deadline for a court-appointed matter in the United States Court of Appeals for the Sixth Circuit.

8. Appellants' counsel has contacted Appellee's counsel regarding their position. Appellee does not oppose the motion.

Accordingly, Appellants respectfully request that the Court extend the time for Appellants to respond to Appellee's Motion to Dismiss by 14 days, from March 16, 2026 to March 30, 2026.

Respectfully submitted,

| **DLA PIPER LLP (US)** | **BENESCH, FRIEDLANDER, COPLAN, & ARONOFF, LLP** |

*/s/ Ben C. Fabens-Lassen*
Brett Ingerman
Dale K. Cathell
650 S. Exeter Street,
Suite 1100
Baltimore, Maryland 21202
(410) 580-3000

W. Benjamin Winger
444 West Lake Street,
Suite 900
Chicago, Illinois 60606
(312) 368-4000

Ben C. Fabens-Lassen
2000 Avenue of the Stars,
Suite 400
Los Angeles, California 90067
(310) 595-3000

*Counsel for Appellant
Cluster Holdco, LLC*

*/s/ Michael B. Silverstein*
Michael D. Meuti
127 Public Square, Suite 4900
Cleveland, Ohio 44114
(216) 363 4500

Michael B. Silverstein
41 South High Street, Suite 2600
Columbus, Ohio 43215
(614) 223 9300

*Counsel for Appellants David Katzman, Steven Katzman, Susan Greenspon Rammelt, Kyle Wailes, Richard Schnall, and Camelot Venture Group*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 391 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and 5th Cir. R. 32.1 and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Century Schoolbook 14-point font.

*/s/ Michael B. Silverstien*
Michael B. Silverstein

One of the Attorneys for Appellants
David Katzman, Steven Katzman,
Susan Greenspon Rammelt, Kyle
Wailes, Richard Schnall, and Camelot
Venture Group

# CERTIFICATE OF SERVICE

The foregoing Joint Unopposed Motion to Extend Time to Respond to Appellee's Motion to Dismiss has been served upon all counsel of record this 10th day of March, 2026, by email and through the Court's electronic filing system.

*/s/ Michael B. Silverstien*
Michael B. Silverstein

One of the Attorneys for Appellants David Katzman, Steven Katzman, Susan Greenspon Rammelt, Kyle Wailes, Richard Schnall, and Camelot Venture Group
